**UNITED STATES of America,**

v.

**Jamar BLACKSHEAR, Appellant.**

**No. 12–1485.**

United States Court of Appeals, Third Circuit.

Argued March 21, 2013.

Filed: Aug. 12, 2013.

---

Andrew J. Schell [Argued], Office of United States Attorney, Philadelphia, PA, for Appellee.

Mark E. Cedrone [Argued], Philadelphia, PA, for Appellant.

Before: McKEE, Chief Judge, SMITH, and GREENAWAY, JR., Circuit Judges.

OPINION

SMITH, Circuit Judge.

Jamar Blackshear and his codefendant, Terrell Davis, appeal the denial of their suppression motion. Blackshear has standing to challenge the search of the rental vehicle under *United States v. Baker*, 221 F.3d 438, 442–43 (3d Cir.2000). For the reasons stated in Parts I and II of the companion case, *United States v. Davis*, No. 12–1486, 726 F.3d 434 (3d Cir. Aug. 9, 2013), we will affirm the District Court's judgment.